# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | ) | 1:07cv0531 AWI SMS |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF TO |
| | ) | SUBMIT APPLICATION TO PROCEED IN |
| v. | ) | FORMA PAUPERIS **OR** PAY FILING FEE |
| | ) | |
| SOCIAL SECURITY ADMINISTRATIVE | ) | |
| OFFICE, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant action on April 2, 2007.

However, Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee.

Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma

pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30)

days of the date of service of this order.  The Clerk of the Court shall send Plaintiff the

appropriate application.

Failure to comply with this order will result in a recommendation that this action be

dismissed.

IT IS SO ORDERED.

**Dated:   April 16, 2007**                    /s/ **Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE