1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CASE NO. 1:07-cv-00531-AWI-SMS |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION AS A REGULAR CIVIL ACTION |
| v. | |
| SOCIAL SECURITY ADMIN. OFFICE, EMPLOYEES, et al., | (Doc. 1) |
| Defendants. | |
| _____/ | |

        Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se.  This action was filed on April 2, 2007, and incorrectly administratively designated as a Social Security appeal.  The Court has reviewed the complaint and the Clerk's Office is HEREBY DIRECTED to re-designate this as a regular civil action.


IT IS SO ORDERED.

**Dated:    May 7, 2007    **                 **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE