# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CASE NO. 1:07-cv-00531-AWI-SMS |
| Plaintiff, | ORDER VACATING SCHEDULING ORDER |
| v. | (Doc. 5) |
| SOCIAL SECURITY ADMIN. OFFICE, EMPLOYEES, et al., | |
| Defendants. | |

On April 20, 2007, the Court issued a scheduling order. In light of the re-designation of this action from Social Security appeal to regular civil action, the scheduling order is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   May 7, 2007**                      /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

1