# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CASE NO. 1:07-cv-00531-AWI-SMS |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 16) |
| SOCIAL SECURITY ADMIN. OFFICE, EMPLOYEES, et al., | |
| Defendants. | |

Plaintiff James E. Smith ("plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil action, filed on April 2, 2007. On May 16, 2007, plaintiff filed a motion entitled "Motion Requesting Re-Direct to Appeal for Scheduling Order." Plaintiff states, "Plaintiff may have erred in his judgment and request this Court to re-direct according to the April 20, 2007 Order."

Plaintiff is referring to a scheduling order filed on April 20, 2007, but the Court cannot ascertain what relief plaintiff is seeking. In any event, the scheduling order was vacated on May 8, 2007, and this action was dismissed on May 9, 2007. Therefore, any motion relating to the scheduling order is moot. Plaintiff's motion is therefore ORDERED DENIED.

IT IS SO ORDERED.

Dated:   May 21, 2007                         /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE

1